UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX STINE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-00174-JHC<br><br>STIPULATED MOTION TO EXTEND DEADLINE AND ORDER |

The Parties submit this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendant Amazon Web Services, Inc. ("Defendant") to respond to Plaintiff Alex Stine's ("Plaintiff") Complaint. Plaintiff served Defendant with the Complaint on January 31, 2025. Dkts. # 1, 3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to serve a response is currently February 21, 2025. However, Defendant only recently retained the undersigned counsel on February 7, 2025, and additional time is needed prepare a response to the Complaint. Accordingly, the Parties have conferred and jointly stipulate to extend Defendant's deadline to file a response by 30 days, up to and including March 24, 2025. This extension is requested in good faith and will not unduly delay the proceedings.

For the foregoing reasons, the Parties respectfully request that the Court grant this stipulated motion and extend Defendant's deadline to respond to the Complaint until March 24, 2025.

Stipulated to and respectfully submitted this 19th day of February, 2025.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Yara AlHowar*
Yara AlHowar, WSBA #58693
1301 Second Ave., Suite 3000
Seattle, WA 98101
Phone: 206-274-6400
Email: yara.alhowar@morganlewis.com

Rudolph J. Burshnic, II (*pro hac vice forthcoming*)
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: 609-919-6686
Email: rudolph.burshnic@morganlewis.com

Stephanie L. Sweitzer (*pro hac vice forthcoming*)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Phone: 312-324-1741
Email: stephanie.sweitzer@morganlewis.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**HAGENS BERMAN**

By: *s/ Jessica Thompson*
Jessica Thompson, WSBA #48827
1301 Second Ave., Suite 2000
Seattle, WA 98101
Phone: 206-623-7292
Email: jessicat@hbsslaw.com

*Attorneys for Plaintiff Alex Stine*

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of February, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER - 3
(Case No. 2:25-cv-00174-JHC)