UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX STINE,<br><br>                  Plaintiff,<br><br>     v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>                  Defendant. | Case No. 2:25-cv-00174-JHC<br><br>**STIPULATED MOTION AND ORDER TO FILE AMENDED COMPLAINT FOR DAMAGES AND EXTEND AMAZON WEB SERVICES, INC.'S DEADLINES TO RESPOND**<br><br>**NOTE ON MOTION CALENDAR:**<br>August 13, 2025 |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 15, the parties and their respective counsel stipulate as follows:

1.     Rule 15(a)(2) of the Federal Rules of Civil Procedure permits Plaintiffs to amend their complaint with the consent of the Defendant. The parties have met and conferred, and Defendant has consented to Plaintiff his Amended Complaint for Damages ("Amended Complaint").

2.     The Amended Complaint is timely under the Court's scheduling order, which has a deadline for amending pleadings of December 29, 2025. [ECF No. 15.]

3.     Pursuant to Local Rule 15, a redline copy of the Amended Complaint is attached hereto as Exhibit A. A clean copy of the Amended Complaint is attached hereto as Exhibit B.

4. The Parties stipulate and agree that Defendant shall have up to 30 days to answer, move or otherwise respond to Plaintiff's Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order, that:

5. Plaintiff shall file his Amended Complaint no later than 14 days from the date the order is entered.

6. Amazon Web Services, Inc. has 30 days to respond to the Amended Complaint.

DATED: August 13, 2025            HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ *Jessica Thompson*
       Jessica Thompson (WSBA No. 48827)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email:      Jessicat@hbsslaw.com

*Attorney for Plaintiff*

STIPULATED MTN. & ORDER TO FILE AMENDED COMPLAINT - 2
Case No. 2:25-cv-00174-JHC

DATED: August 13, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Yara AlHowar*
Yara AlHowar (WSBA No. 58693)
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: yara.alhowar@morganlewis.com

Rudolph J. Burshnic, II (*Admitted Pro Hac Vice*)
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6686
Email: rudolph.burshnic@ organlewis.com

Stephanie L. Sweitzer (*Admitted Pro Hac Vice*)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Phone: (312) 324-1741
Email: stephanie.sweitzer@morganlewis.com

*Attorneys for Defendant Amazon Web Services, Inc.*

## **ORDER**

The Parties' Stipulated Motion is GRANTED.

The Court ORDERS:

Plaintiff shall file and serve the Amended Complaint on Amazon Web Services, Inc. within 14 days of the entry of the order granting leave to amend, and Amazon Web Services, Inc., has 30 days to respond to the Amended Complaint.

Dated: August 14, 2025.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE