UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEX STINE,

                              Plaintiff,

        v.

AMAZON WEB SERVICES, INC.,

                              Defendant.

Case No. 2:25-cv-00174-JHC

**STIPULATED MOTION AND ORDER OF DISMISSAL**

NOTE ON MOTION CALENDAR:
May 13, 2026

        Pursuant to Fed. R. Civ. 41(a)(1)(ii), Defendant Amazon Web Services, Inc. and Plaintiff Alex Stine (together, the "Parties"), by and through their undersigned attorneys, hereby stipulate that said action is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs and waiving all rights of appeal.

        IT IS SO STIPULATED.

        Dated this 13th day of May, 2026.

STIPULATED MOTION AND ORDER OF
DISMISSAL - 1
(Case No. 2:25-cv-00174-JHC)

**HAGENS BERMAN**

By: *s/ Jessica Thompson*
Jessica Thompson, WSBA #48827
1301 Second Ave, Suite 2000
Seattle, WA 98101
Phone: 206-623-7292
Email: jessicat@hbsslaw.com

*Attorneys for Plaintiff Alex Stine*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Yara AlHowar*
Yara AlHowar, WSBA #58693
1301 Second Ave, Suite 3000
Seattle, WA 98101
Phone: 206-274-6400
Email: yara.alhowar@morganlewis.com

Stephanie L. Sweitzer (*pro hac vice*)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Phone: 312-324-1741
Email: stephanie.sweitzer@morganlewis.com

*Attorneys for Defendant Amazon Web Services, Inc.*

STIPULATED MOTION AND ORDER OF
DISMISSAL - 2
(Case No. 2:25-cv-00174-JHC)

**ORDER**

IT IS SO ORDERED.


DATED this 13th day of May, 2026.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE